IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CANDIDO ARNAU | CRIMINAL CASE:<br>1:19-CR-348-ELR-CMS |

MOTION TO SUPPRESS EVIDENCE OBTAINED
FROM WARRANTLESS SEARCHES OF PICKUP TRUCK AND
CELLULAR PHONES (ALLEGED CONSENT SEARCHES)

COMES NOW CANDIDO ARNAU, by and through undersigned counsel and hereby moves the Court to suppress the results of several warrantless searches that the Government will contend were consent searches. In support of this motion, we show the Court the following:

1. Candido Arnau was arrested on August 14, 2019 by multiple law enforcement agents.

2. At the time of his arrest, agents extracted signed consent forms from Mr. Arnau in regards to searches of several (8) cellular telephones and a Silverado pickup truck.

3. All 8 cellular phones and the truck were in fact searched.

4. There were no warrants for these searches.

5. The Government seems poised to use evidence resulting from these searches at trial.

ARGUMENT AND CITATION OF AUTHORITY

Whenever the Government seeks to offer evidence at trial that was obtained in the course of an intrusion recognized by the Fourth Amendment, the Government will have the burden of justifying the intrusion through competent evidence. *United States v. Blasco*, 702 F.2d 1315, 1325 (11th Cir. 1983). This is especially true when there is no warrant. "[T]he question whether a consent to a search was in fact 'voluntary' or was the product of duress or coercion, express or implied, is a question of fact to be determined from the totality of all the circumstances." *Schneckloth v. Bustamonte*, 412 U.S. 218, 227 (1973). Furthermore, any and all fruit of the unlawful search and seizure should be suppressed. See *Wong Sun v. United States*, 371 U.S. 471 (1963); *United States v. Chanthasouxat*, 342 F.3d 1271 (11th Cir. 2003).

CONCLUSION

WHEREFORE, we pray that the Court will suppress any and all evidence obtained from the searches listed above. We further request that the Court schedule an evidentiary hearing to take evidence relevant to the issues necessary to determine this motion. We anticipate asking that the

Court allow briefing after the taking of evidence.  Finally, we ask for the opportunity to supplement this motion if necessary as additional facts are learned.

Respectfully submitted, this 9th day of December, 2019.

*V. Natasha Perdew Silas*
V. Natasha Perdew Silas
Georgia State Bar Number 571970
Attorney for Mr. Arnau

FEDERAL DEFENDER PROGRAM, INC.
1500 CENTENNIAL TOWER
101 MARIETTA STREET, NW
ATLANTA, GEORGIA 30303
404-688-7530
NATASHA_SILAS@FD.ORG

CERTIFICATE OF SERVICE AND COMPLIANCE WITH LR 5.1B

I hereby certify that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>Tyler Mann, Esquire
>Assistant United States Attorney
>Suite 600, United States Courthouse
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303
>*Attorney for the Government*

Dated: This 9th day of December, 2019.

*V. Natasha Perdew Silas*
V. Natasha Perdew Silas