IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 1:19-CR-348-ELR-CMS |
| CANDIDO ARNAU | : | |

### ORDER CERTIFYING READY FOR TRIAL

This Court has been notified that the defendant will enter a plea before the District Court Judge; therefore, the defendant's pending motions to suppress evidence and statements [Docs. Nos. 19, 21, 23, 24, and 25] are **DISMISSED AS MOOT**.

It appearing that there are no further pretrial or discovery matters to bring before the undersigned as to this defendant, it is therefore **ORDERED** that this case be and is hereby **CERTIFIED** as ready for trial.

**SO ORDERED,** this 25th day of March, 2020.

CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)